1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: SUBPOENA TO META PLATFORMS, INC.*<br><br>Served in case: *NetChoice, LLC, et al. v. James Uthmeier, in his official capacity as the Attorney General of the State of Florida, et al.*, No. 4:21-cv-220-RH-MAF (N.D. Fla.) | Case No. 3:25-mc-80352-TSH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONDENT'S DEADLINE TO RESPOND TO PETITIONERS' MOTION TO COMPEL** |

1                               **[PROPOSED] ORDER**

2             **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3        Respondent Meta Platforms, Inc.'s deadline to respond to Petitioners' Motion to Compel (Doc.

4 1) is extended to Monday, November 24, 2025.

5        IT IS SO ORDERED.

6 DATED: November 20, 2025

7                                      Hon. Thomas S. Hixson
                                      United States Magistrate Judge