1  Michael P. Esser (SBN 268634)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  michael.esser@kirkland.com

5  *Attorney for Nonparty Respondent*
   *Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO META PLATFORMS, INC.<br><br>Served in case: *NetChoice, LLC, et al. v. James Uthmeier, in his official capacity as the Attorney General of the State of Florida, et al.*, No. 4:21-cv-220-RH-MAF (N.D. Fla.) | Case No. 3:25-mc-80352-TSH<br><br>**[PROPOSED]** **ORDER GRANTING RESPONDENT META PLATFORMS, INC.'S MOTION TO TRANSFER**<br><br>Date:        January 8, 2026<br>Time:       10:00 AM<br>Judge:     Hon. Thomas S. Hixson<br>Dept:       Courtroom E, 15th Floor |

This matter comes before this Court on the Motion by Respondent, Meta Platforms, Inc., to Transfer Petitioners' Motion to Compel Compliance with Third Party Subpoena under Rule 45(f). The Court having reviewed the motion and accompanying memoranda and exhibits, and all pleadings and proceedings had herein, finds good cause to **GRANT** the motion.

Accordingly, the Clerk of the Court is directed to transfer this action to the Northern District of Florida, Tallahassee Division, for inclusion in the matter of *NetChoice, LLC v. Uthmeier*, No. 4:21-cv-00220, and for determination by that court of Petitioners' Motion to Compel Compliance with Third Party Subpoena.

**SO ORDERED:**

Dated: November 25, 2025

Hon. Thomas S. Hixson
United States Magistrate Judge